IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) LUIS FIGUEROA-PAGAN<br>**2) GUSTAVO IRIZARRY-SANABRIA**<br>3) JOSE A. VELAZQUEZ-SEDA<br>Defendants | CRIMINAL 12-0320CCC |

**ORDER**

Having considered the Report and Recommendation filed on February 28, 2013 (**docket entry 75**) on a Rule 11 proceeding of defendant Gustavo Irizarry-Sanabria (2) held before U.S. Magistrate Judge Silvia Carreño-Coll on February 13, 2013, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since February 13, 2013. The **sentencing hearing is set for May 14, 2013 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on March 18, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge